# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
NIRVETA KUSURAN

**DEFENDANTS**
SIX CONTINENTS HOTELS, INC., d/b/a INTERCONTINENTAL HOTEL GROUP

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Stephen B. Horwitz: Sugarman & Horwitz
221 N. LaSalle St., Ste. 626
Chicago, IL 60601

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
791 Empl. Ret. Inc. Security Act [X]

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
29 U.S.C § 1132(a)(1)(B): For recovery of short term & long term disability benefits

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 2/6/08
SIGNATURE OF ATTORNEY OF RECORD: Stephen B. Horwitz

FILED
FEBRUARY 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT