UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIRVETA KUSURAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.   08 C 794 |
| v. | ) | |
| | ) | Judge James B. Moran |
| SIX CONTINENTS HOTELS, INC. d/b/a | ) | |
| INTERCONTINENTAL HOTELS GROUP, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED AGREED ORDER**

This matter coming to be heard on Defendant's Agreed Motion for Extension of Time to Answer or otherwise plead, due notice having been given,

**IT IS HEREBY ORDERED** that Defendant is granted an additional seven days, or until May 28, 2008, to answer or otherwise plead to Plaintiff's First Amended Complaint.

HONORABLE JAMES B. MORAN

DATED: _____     _____

1-CH/213961.1