UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NIRVETA KUSURAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.   08 C 794 |
| v. | ) | |
| | ) | Judge Moran |
| **SIX CONTINENTS HOTELS, INC. d/b/a** | ) | |
| **INTERCONTINENTAL HOTELS GROUP,** | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF AGREED MOTION

To:   Stephen B. Horwitz
Sugarman & Horwitz
221 North LaSalle Street, Suite 626
Chicago, IL  60601
sbh@s-h-law.com

PLEASE TAKE NOTICE that on Wednesday, May 21, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge James B. Moran, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 1843, and shall then and there present **DEFENDANT'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is being served upon you along with this Notice.

Dated:  May 19, 2008                              Respectfully submitted,

                                                  By:   /s/ Lucy Schwallie
                                                        One of Its Attorneys

Thomas F. Hurka
Lucy Schwallie
Morgan, Lewis & Bockius LLP
77 W. Wacker Dr., 5th Fl.
Chicago, IL  60601
Tel:   312-324-1000
Fax:   312-324-1001
lschwallie@morganlewis.com
thurka@morganlisl.com

1-CH/213965.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, I electronically filed the foregoing Notice and Agreed Motion for an Extension of Time To Answer or Otherwise Plead and Proposed Order with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Stephen B. Horwitz
Sugarman & Horwitz
221 North LaSalle Street
Suite 626
Chicago, IL  60601

By:     s/ Lucy Schwallie

1-CH/213965.1