UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIRVETA KUSURAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-C-794 |
| | ) | |
| | ) | Judge Moran |
| SIX CONTINENTS HOTELS, INC. | ) | |
| d/b/a/ INTERCONTINENTAL | ) | Magistrate Judge Nolan |
| HOTELS GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 7.1/LR 3.2 DISCLOSURE STATEMENT

Defendant, Six Continents Hotels, Inc., by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 and states as follows:

Six Continents Hotels, Inc. has an ultimate parent, InterContinental Hotels Group PLC, which issues shares of stock on the London Stock Exchange. InterContinental Hotels Group PLC facilitates foreign investment in its stock by means of American Depositary Receipts (evidencing American Depositary Shares) which are issued by the Bank of New York and tradable on the New York Stock Exchange. InterContinental Hotels Group PLC is listed on the New York Stock Exchange as IHG. InterContinental Hotels Group PLC is aware that Ellerman Corporation Limited holds 10% of InterContinental Hotels Group PLC's stock. Other than

1-CH/214398.1

Ellerman Corporation, InterContinental Hotels Group PLC is unaware of any single individuals or companies that hold 10% or more of InterContinental Hotels Group PLC's stock.

Dated: May 28, 2008

    Respectfully submitted,

    SIX CONTINENTS HOTELS, INC.
    d/b/a INTERCONTINENTAL HOTELS GROUP,

    /s/ Lucy Dunn Schwallie_____
    One of its Attorneys

Thomas F. Hurka
Lucy Dunn Schwallie
MORGAN, LEWIS, & BOCKIUS
77 W. Wacker, Fifth Floor
Chicago, IL  60601-5094
Tel:    (312) 324-1000
Fax:    (312) 324- 1001

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed the foregoing **Rule 7.1/ LR 3.2 Disclosure Statement** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Stephen B. Horwitz
>Sugarman & Horwitz
>221 N. LaSalle Street, Suite 626
>Chicago, IL 60601

>/s/ Lucy Schwallie_____
>Lucy Dunn Schwallie