**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Nirveta Kusuran

                           Plaintiff,

v.                                           Case No.: 1:08−cv−00794
                                                 Honorable James B. Moran

Six Continents Hotels, Inc.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable James B. Moran:Status hearing held on 6/4/2008 and continued to 9/24/2008 at 09:15 AM. Plaintiff's summary judgment motion to be filed by 8/18/2008. Defendant's response to summary judgment motion to be filed by 9/9/2008. Plaintiff's reply in support of motion to be filed by 9/19/2008.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.