IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIRVETA KUSURAN, <br><br> Plaintiff, <br><br> v. <br><br> SIX CONTINENTS HOTELS, INC., d/b/a INTERCONTINENTAL HOTELS GROUP, <br><br> Defendant. | Case No.: 1:08-cv-00794 <br><br> *Honorable James B. Moran* <br> *Magistrate Judge Nan R. Nolan* |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

Defendant Six Continents Hotels, Inc., pursuant to the attached Substitution of Attorneys, moves this Court for leave to substitute the appearance of Rebecca M. Rothmann and Edna S. Bailey of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, for that of Thomas Hurka and Lucy Schwallie of the law firm of Morgan, Lewis & Bockius, LLP, withdrawn.

Respectfully Submitted,

**SIX CONTINENTS HOTELS, INC.,
Defendant**

By: __/s/ Edna S. Bailey__
One of Its Attorneys

Rebecca M. Rothmann
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522

503474.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIRVETA KUSURAN,<br><br>        Plaintiff,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC., d/b/a<br>INTERCONTINENTAL HOTELS GROUP,<br><br>        Defendant. | Case No.: 1:08-cv-00794<br><br>*Honorable James B. Moran*<br>*Magistrate Judge Nan R. Nolan* |

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

It is hereby stipulated and agreed that Rebecca M. Rothmann and Edna S. Bailey of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP are allowed to substitute as counsel on behalf of Defendant Six Continents Hotels, Inc. in lieu of Thomas F. Hurka and Lucy D. Schwallie of the law firm of Morgan, Lewis & Bockius, LLP, withdrawn.

By:  */s/ Thomas F. Hurka*  
    Thomas F. Hurka  
    Lucy D. Schwallie  
    Morgan, Lewis & Bockius LLP  
    77 West Wacker Drive  
    Fifth Floor  
    Chicago, Illinois 60601  
    (312) 324-1728

By: */s/ Edna S. Bailey*  
    Rebecca M. Rothmann  
    Edna S. Bailey  
    Wilson Elser et al.  
    120 North LaSalle Street,  
    Suite 2600  
    Chicago, Illinois 60602  
    (312) 704-0550

2

503474.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 25, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon all counsel of record.

Parties may access this filing through the Court's system.

*/s/ Edna S. Bailey*
Edna S. Bailey
