IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIRVETA KUSURAN,<br><br>    Plaintiff,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC., d/b/a<br>INTERCONTINENTAL HOTELS GROUP,<br><br>    Defendant. | Case No.: 1:08-cv-00794<br>***Honorable James B. Moran***<br>***Magistrate Judge Nan R. Nolan*** |

## NOTICE OF MOTION

To:   ***Attorney for Plaintiff***           Thomas F. Hurka
      Stephen B. Horwitz                Lucy D. Schwallie
      Sugarman & Horwitz                Morgan, Lewis & Bockius LLP
      221 N. LaSalle Street, Suite 626  77 West Wacker Drive, Fifth Floor Chicago,
      Chicago, Illinois 60601           Illinois 60601
      (312) 629-2920                    (312) 324-1728

**PLEASE TAKE NOTICE** that on the 30th day of July 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur, in Room 2303 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present ***Defendant Six Continents Hotels, Inc.'s Motion for Substitution of Counsel***, a copy of which is attached and herewith served upon you.

                                        **SIX CONTINENTS HOTELS, INC.,**
                                        **Defendant**


                                        By:  ____*/s/ Edna S. Bailey*_____
                                             One of its attorneys


Rebecca M. Rothmann, Esq.
Edna S. Bailey, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550


503509.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 25, 2008, a copy of the foregoing was served by operation of the Court's electronic filing system upon all counsel of record.

Parties may access this filing through the Court's system.

*/s/ Edna S. Bailey*
Edna S. Bailey

503509.1