UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Nirveta Kusuran
                    Plaintiff,

v.                                      Case No.: 1:08−cv−00794
                                                Honorable James B. Moran

Six Continents Hotels, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to substitute attorney [18] is granted; Attorney Edna Sybil Bailey for Six Continents Hotels, Inc., Rebecca Rothmann for Six Continents Hotels, Inc. added. Attorney Thomas F Hurka and Lucy D. Schwallie terminated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.