IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIRVETA KUSURAN,<br><br>             Plaintiff,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC., d/b/a<br>INTERCONTINENTAL HOTELS GROUP,<br><br>             Defendant. | Case No.: 1:08-cv-00794<br>***Honorable James B. Moran***<br>***Magistrate Judge Nan R. Nolan*** |

## NOTICE OF MOTION

To:    ***Attorney for Plaintiff***
        Stephen B. Horwitz
        Sugarman & Horwitz
        221 N. LaSalle Street, Suite 626
        Chicago, Illinois 60601
        (312)-629-2920

     **PLEASE TAKE NOTICE** that on the 20th day of August 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran, in Room 1843 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present ***The Parties' Joint Motion to Enlarge Briefing Schedule***, a copy of which is attached and herewith served upon you.

                                                  **SIX CONTINENTS HOTELS, INC.,**
                                                  **Defendant**

                                                  By:     /s/ Edna S. Bailey
                                                               One of its attorneys

Rebecca M. Rothmann, Esq.
Edna S. Bailey, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

511690.1

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on August 18, 2008, a copy of the foregoing was served by operation of the Court's electronic filing system upon all counsel of record.

Parties may access this filing through the Court's system.

*/s/ Edna S. Bailey*
Edna S. Bailey

511690.1